IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JOSEPH TORRES,**

       **Applicant,**

**v.**                                        **No.  CIV-08-1202 WJ/LAM**

**GEORGE TAPIA, et al.,**

       **Respondents.**

## ORDER FOR RESPONDENTS TO SUBMIT ADDITIONAL STATE COURT RECORDS

Having reviewed the record of this case and the parties' submissions, the Court **FINDS** that the submission of additional materials by Respondents is warranted pursuant to Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts.

**IT IS THEREFORE ORDERED** that Respondents shall cause the following additional state court records, in case numbered **D-307-CR-2007-00341**, in the Third Judicial District Court in Doña Ana County, New Mexico, to be forwarded to this Court for examination and review, **on or before May 6, 2009**, with the assurance that they will be returned to the clerk of the proper court or other appropriate state custodian upon the termination of this proceeding:

1. Transcript(s), tape(s) or compact disks of hearing on motion to determine counsel held on June 4, 2007;

2. Transcript(s), tape(s) or compact disks of Applicant Joseph Torres' change of plea hearing held on August 17, 2007;

3. Transcript(s), tape(s) or compact disks of hearing on motion to withdraw held on November 9, 2007;

  4. Transcript(s), tape(s) or compact disks of hearing on motion to withdraw held on December 20, 2007; and

  5. Transcript(s), tape(s) or compact disks of Applicant Joseph Torres' sentencing hearing held on December 20, 2007.

**IT IS FURTHER ORDERED** that Respondents shall cause the following additional state court records, in case numbered **D-307-CR-2004-00536**, in the Third Judicial District Court in Dona Ana County, New Mexico, to be forwarded to this Court for examination and review, **on or before May 6, 2009**, with the assurance that they will be returned to the clerk of the proper court or other appropriate state custodian upon the termination of this proceeding:

  1. Transcripts, tapes or compact disks of hearing on motion to revoke probation held on April 12, 2007;

  2. Transcripts, tapes or compact disks of hearing on motion to revoke probation held on December 7, 2007;

  3. Transcripts, tapes or compact disks of hearing on motion to revoke probation held on January 17, 2008;

  4. Transcripts, tapes or compact disks of probation revocation hearing held on June 30, 2008; and

  5. Transcripts, tapes or compact disks of Applicant Joseph Torres' sentencing hearing held on September 11, 2008.

**IT IS FURTHER ORDERED** that Respondents shall serve Applicant Joseph Torres with copies of all transcripts, tapes and compact disks that are forwarded to the Court for examination and review pursuant to this Order.

**IT IS SO ORDERED.**

*Lourdes A. Martinez*
_____
**HONORABLE LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**